UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-1-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| YSSOUF JOSE SANOGO | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-referenced matter be unsealed.

This the __17__ day of March 2021.

_____
JAMES C. DEVER III
United States District Judge